THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE ROBERTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT KELLY, JR., *et al.*, <br><br> Defendants. | CASE NO. C17-0167-JCC <br><br> *SEALED* <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States' unopposed *ex parte* application for an extension of time to consider its election to intervene (Dkt. No. 4). The Government seeks a six-month extension of time, from April 10, 2017, to October 10, 2017, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit.  Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time."  31 U.S.C. § 3730(b)(3).  The Court, finding good cause, GRANTS the request.

Accordingly, it is hereby ORDERED that the United States shall have until October 10, 2017, to notify the Court of its decision whether or not to intervene in this *qui tam* action.  The Clerk is DIRECTED to maintain the complaint and other filings under seal for the duration of the

1 Government's investigation.

2     DATED this 7th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
