THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE ROBERTS, *et al.*,

    Plaintiffs,

v.

ROBERT KELLY, JR., *et al.*,

    Defendants.

CASE NO. C17-0167-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Relator's voluntary notice of dismissal and United States' consent to dismissal (Dkt. No. 6). Having reviewed the parties' notice of dismissal, finding that the Relator's has agreed to dismiss all claims in this matter, and pursuant to 31 U.S.C. § 3730(b)(1), the Court ORDERS that all of the claims set forth in the complaint shall be dismissed against all defendants without prejudice to the Relator, and without prejudice to the United States. The Court further DIRECTS that the complaint, this order, and all other papers on file in this action shall be unsealed.

//

//

//

1  DATED this 5th day of October 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0167-JCC
PAGE - 2